| DIST. | OFF. | DOCKET YR. NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | D PTF DEF | R 23 | $ DEMAND (Nearest $1,000) | JUDGE MAG. NO. | COUNTY | DEM. | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 10 | 1751 | 4 20 10 | 1 | 890 | 1 | | | | GP / M | PHILA | Y | 10 1751 |

## PLAINTIFFS

UNITED STATES OF AMERICA, and the
STATES OF CALIFORNIA: DELAWARE: FLORIDA:
GEORGIA: HAWAII: ILLINOIS: INDIANA:
LOUISIANA; MASSACHUSETTS: MICHIGAN;
MONTANA: NEVADA: NEW HAMPSHIRE: NEW JERSEY
NEW MEXICO: NEW YORK: OKLAHMOMA: RHODE ISLAND
TENNESSEE: TEXAS: VIRGINIA: WISCONSIN AND THE
DISTRICT OF COLUMBIA, ex rel JEROME PALMIERI

## DEFENDANTS

ALPHARMA INC
ALPHARMA PHARMACEUTICALS LLC
KING PHARMACEUTICALS INC

_____ FILED     _____ ENTERED
_____ LOGGED    _____ RECEIVED

JUN 16 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

31 U.S.C SEC 3729, et seq.

## ATTORNEYS

ROBERT C. MORGAN
EXECUTIVE PLAZA IV, SUITE 100
11350 MCCORMICK ROAD
HUNT VALLEY, MD 21031

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAIL |
| | 4/20/10 | PPE021345 | | JS-5 | |
| | | | | JS-6 | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2010 | | |
| 1  APR | 20 | COMPLAINT FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT (FILED UNDER SEAL) |
| --  APR | 20 | FILING FEE RECEIVED (PPE021345) |
| --  APR | 20 | SPECIAL CASE MANAGEMENT TRACK |
| 2  APR | 28 | MEMORANDUM PURSUANT TO 31 U.S.C. 3730(a)(2) DISCLSING MATERIAL EVIDENCE SUPPORTING FALSE CLAIMS ACT COMPLAINT EXHIBITS (FILED UNDER SEAL) |
| MAY | 19 | UNITED STATES UNCONTESTED EX PARTE MOTION TO MAINTAIN THE SEAL AND TO TRANSFER CASE TO THE DISTRICT OF MARYLAND (FILED UNDER SEAL) |
| MAY | 26 | ORDER THAT PURSUANT TO 28 U.S.C 1404 AND FOR THE CONVENIENCE OF THE PARTIES AND WITNES AND IN THE INTEREST OF JUSDTICE THISD COURT HEREBY TRANSFERS THIS MATTER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. THIS MATTER SHALL REMAIN UNDER SEAL PENDING ACCEPTANCE BY THE COURT IN THAT DISTRICT. SIGNED BY THE HONORABLE GENE E.K. PRATTER ON 5/26/10 ENTERED AND COPIES MAILED ON 5/27/10 |
| --  JUN | 2 | CASE TRANSFERRED TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND PER COURT ORDER OF 5/26/10 |