IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, *et al.*, <br>   *Plaintiffs*, <br> *ex rel.* JEROME PALMIERI, <br>   *Relator*, <br> v. <br> ALPHARMA, INC., *et al.*, <br>   *Defendants*. | Civil Action No. ELH-10-1601 |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is, this 21st day of March, 2014, by the United States District Court for the District of Maryland, ORDERED:

1. Defendants' Motion To Dismiss Second Amended Complaint (ECF 84) is GRANTED;

2. Counts I and II (the federal False Claims Act claims) are dismissed, with prejudice;

3. Counts III through XXV (the state law claims) are dismissed, without prejudice;

4. The Clerk is directed to CLOSE the case.

                                        /s/
                                  Ellen Lipton Hollander
                                  United States District Judge