IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, *et al.*,<br>    *Plaintiffs*,<br>*ex rel.* JEROME PALMIERI,<br>    *Relator*,<br>v.<br>ALPHARMA, INC., *et al.*,<br>    *Defendants*. | Civil Action No. ELH-10-1601 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion it is, this 16th day of December, 2016, by the United States District Court for the District of Maryland, ORDERED:

1. Defendants' Motion to Dismiss (ECF 84) is GRANTED, without prejudice; and

2. The Clerk is directed to CLOSE this case.

/s/
Ellen Lipton Hollander
United States District Judge